IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALBERT L. DEUTSCH | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| NENNER & NAMEROW, P.C., et al. | : | NO. 17-4364 |

# **ORDER**

**AND NOW**, this 25th day of February, 2020, upon consideration of Defendants' Motion to Strike Plaintiff's Proposed Findings of Fact and Conclusions of Law (Doc. 107), and Plaintiff's response thereto (Doc. 108), it is hereby

**ORDERED**

that Defendants' motion is **DENIED**.

BY THE COURT:

_/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge